In the Matter of the Application of Brooklyn Bar Association in Respect of Benjamin Kaplan, an Attorney and Counselor at Law.— Application denied and

proceeding dismissed. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.